# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

January 6, 2014

Lyle W. Cayce
Clerk

No. 12-51105

CALDWELL INDEPENDENT SCHOOL DISTRICT,

Plaintiff - Appellant Cross-Appellee

v.

JOE P., by next friend of L.P.; DIANA P., by next friend of L.P.,

Defendants - Appellees Cross-Appellants

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:11-CV-653

Before STEWART, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal in light of the oral arguments, briefs, and pertinent portions of the record. Having done so, we find no reversible error of law or fact. The judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.